UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **KIMBERLY SIMS-FINGERS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO.  1:04-cv-1952-VSS-SEB |
| | ) |
| **CITY OF INDIANAPOLIS,** | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT

Pursuant to the court's Entry on Motion for Summary Judgment, judgment is hereby **ENTERED** in favor of the defendant on the plaintiff's complaint.

SO ORDERED:  03/29/2006

_____
V. Sue Shields, Magistrate Judge

Copies to:

Robin C. Clay
OFFICE OF CORPORATION COUNSEL
rclay@indygov.org

Timothy V. Clark
CLARK COLEMAN & FREEMAN
ccfnattys@aol.com

Allison Wells Gritton
OFFICE OF CORPORATION COUNSEL
agritton@indygov.org